JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor Fernandez,<br><br>        Plaintiff,<br><br>    v.<br><br>Autozone, Inc.,<br><br>        Defendant(s).<br>_____ | SACV 09-00300-JVS(MLGx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: June 23, 2010

_____
James V. Selna
United States District Judge